# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | PLAINTIFF |
| v. | NO. 4:21-cr-00285-JM-06 | |
| STEVEN FORREST TAYLOR | | DEFENDANT |

## ORDER MODIFYING CONDITIONS OF RELEASE

Defendant Steven Forrest Taylor appeared in person for a change of plea hearing on January 26, 2023. Following acceptance of the Defendant's guilty plea to Count 13 of the Indictment, the Defendant requested that his current conditions of release be modified. The request was unopposed.

IT HEREBY ORDERED that the Defendant's conditions of release are hereby modified as follows:

1. The Court hereby removes the condition of home detention with location monitoring and sets a curfew with location monitoring equipment. Mr. Taylor is allowed to leave his residence Monday through Friday from 7:00 a.m. to 5:00 p.m. and Saturdays from 5:30 a.m. to 10:30 a.m., or as directed by the pretrial services office or supervising officer.

2. Mr. Taylor must continue to comply with all previously imposed and remaining conditions of release.

IT IS SO ORDERED this 27th day of January, 2023.

_____
JAMES M. MOODY, JR.
UNITED STATES DISTRICT JUDGE